United States District Court
Southern District of Texas
**ENTERED**
May 23, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IMTHIYAS AHAMED, and ALL OTHERS SIMILARLY SITUATED, §§§§ Plaintiffs §§ v. §§§§ RIYA TRAVEL & TOURS, INC., BOOKOTRIP LLC, TRIP BRANDS LLC, SAMUEL BENSON, AND ALI BENSON, §§§§§ Defendants § | CIVIL ACTION NO. 4:17-cv-00018 |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court has reviewed the Joint Stipulation of Dismissal with Prejudice of Plaintiff Imthiyas Ahamed and Defendants Riya Travel & Tours, Inc., BookOTrip LLC, Trip Brands, LLC, Samuel Benson and Ani Benson. Having considered the parties' Joint Stipulation of Dismissal with Prejudice, is therefore,

ORDERED ADJUDGED and DECREED that the settlement of Plaintiff's claims under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. is APPROVED. It is further,

ORDERED ADJUDGED and DECREED that Plaintiff's claims are dismissed with prejudice and without costs. It is further,

ORDERED ADJUDGED and DECREED that this is Final Judgment. All other relief not expressly granted is denied.

SIGNED on May 22nd, 2017.

_____
HON. KEITH ELLISON
UNITED STATES DISTRICT JUDGE